# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2014

149914

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

      SC: 149914
      COA: 321257
      Kalamazoo CC: 2012-001202-FH

AUTUMN SHEREE BELT,
       Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 26, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Kalamazoo Circuit Court, which shall allow the defendant the opportunity to withdraw her guilty plea. See *People v Cobbs*, 443 Mich 276 (1993). We note that the defendant's plea proceeding occurred prior to the effective date of MCR 6.310(B)(3).

We further ORDER the Kalamazoo Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint counsel to represent the defendant on remand.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2014



Clerk

p1217